1  STRATTON FAXON
   59 Elm Street
2  New Haven, Connecticut 06510
   T 203.624.9500
3  F 203.624.9100

4
   Attorneys for Plaintiff, Catherine Bernardi
5

6

7

8

9

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14

15 | IN RE: BEXTRA AND CELEBREX      ) Case No. 05-CV-1699
   | MARKETING SALES PRACTICES AND   )
16 | PRODUCT LIABILITY LITIGATION    ) MDL NO. 1699
   |                                 ) District Judge: Charles R. Breyer
17 |_____ )
   |                                 )
18 | Kenneth Kaye, et al., v. Pfizer Inc., MDL )
   | No.05-3798: Plaintiff Catherine Bernardi, ) STIPULATION AND ORDER OF
19 |                                 ) DISMISSAL WITH PREJUDICE
   |                                 )
20 |_____ )

21     Come now the Plaintiff, CATHERINE BERNARDI, and Defendants, by and through the

22 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

23 stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

24 fees and costs.

25

26

27

28

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | DATED: Feb 6, 2007 | STRATTON FAXON |
| 2 | | |
| 3 | | By: _____<br>Michael Stratton<br>Attorneys for Plaintiff, Catherine Bernardi |
| 4 | | |
| 5 | DATE: 6, 2007 | DLA PIPER US LLP |
| 6 | | |
| 7 | | By: _____<br>Matthew Lepore |
| 8 | | Attorneys for Defendants, Pfizer Inc. |
| 9 | | |
| 10 | DATED: Feb 6, 2007 | GORDON & REES LLP |
| 11 | | |
| 12 | | By: _____<br>Stuart M. Gordon |
| 13 | | Attorneys for Defendants, Pfizer Inc. |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 07, 2007      _____
Hon. Charles R. Breyer
United States District Court

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

Error! Unknown document property name.