UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: 3:05cv-03798-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Kenneth Kaye, et al<br>　　　　　　　Plaintiffs,<br>　　　　vs.<br>Pfizer, Inc., et al.<br>　　　　　　　Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

　　Come now the following Plaintiffs **KENNETH KAYE, BRUCE PALMER, JOHN GASPARINO, SHIRLEY RABINOWITZ, FRANK MASTRIO**, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a) and hereby stipulate to the dismissal of this action ONLY to the above mentioned plaintiffs with prejudice with each side bearing its own attorneys' fees and costs.

DATED: April 28, 2009　　　By: _____

　　　　　　　　　　　　　MICHAEL A. STRATTON, ESQ.
　　　　　　　　　　　　　STRATTON FAXON
　　　　　　　　　　　　　59 Elm Street
　　　　　　　　　　　　　New Haven, CT 06510
　　　　　　　　　　　　　Telephone: (203) 624-9500
　　　　　　　　　　　　　Facsimile: (203) 624-9100
　　　　　　　　　　　　　Attorneys for Plaintiffs

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: May 14, 2009        By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: May 19, 2009



Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE